UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAVIER ALEXANDER MEJIA SEVILLA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, et al,<br><br>Defendants. | Case No. 2:26-cv-06656-HDV-DTB<br><br>**ORDER TO SHOW CAUSE** |

On June 18, 2026, plaintiff Javier Alexander Mejia Sevilla ("Plaintiff"), proceeding pro se, filed a Civil Rights Complaint ("Complaint"), as well as an Ex Parte Application for Order Preserving Evidence ("First Ex Parte"). (Docket Nos. 1, 3). The First Application was denied on August 10, 2026. (See Docket No. 20, fn. 1).

On June 22, 2026, Plaintiff filed a "Prisoner's Request to Proceed Without Prepayment of Filings Fees With Declaration in Support" ("First IFP Application"). (Docket No. 7).

On July 17, 2026, Plaintiff filed a First Amended Complaint ("FAC"), as well as another Ex Parte Application for Order Preserving Evidence ("Second Ex Parte"),

and a supporting declaration. (Docket Nos. 12-14). The Second Application was denied on August 10, 2026. (See Docket No. 20, fn. 1).

Also on July 17, 2026, as it appeared Plaintiff was not incarcerated, the Court issued an Order regarding Plaintiff's First IFP Application. (Docket No. 17). In response to the Court's Order, Plaintiff filed a Request to Proceed in Forma Pauperis With Declaration in Support ("Second IFP Application") on July 31, 2026. (Docket No. 18).

On August 4, 2026, the Court granted Plaintiff's Second IFP Application. (Docket No. 19). In light of such, the Court denies Plaintiff's First IFP Application as moot. (Docket No. 3).

On August 10, 2026, the Court issued an Order Regarding First Amended Complaint, advising Plaintiff that the FAC was subject to dismissal. (Docket No. 20). Plaintiff was provided with several options regarding how to proceed. (Id. at 10-11). On or before September 10, 2026, Plaintiff was to choose one of the options. (Id.).

As of this date, Plaintiff has not filed a Second Amended Complaint or a dismissal of this action. Plaintiff was cautioned that failure to timely file a fully compliant response as directed in the August 10, 2026 Order, could result in the dismissal of this action.

Accordingly, Plaintiff is ordered to show cause, in writing, no later than **October 26, 2026**, why this action should not be dismissed, without prejudice, for failure to prosecute.

This Order to Show Cause will be discharged upon the filing of either a Second Amended Complaint or a Notice of Voluntary Dismissal of this action.

Plaintiff is again warned that a failure to timely respond to this Order to Show Cause **will** result in a recommendation that this action be dismissed, without

prejudice, under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey Court orders.

Dated: September 28, 2026

DAVID T. BRISTOW
United States Magistrate Judge